LAWNDALE RESTORATION LIMITED PARTNERSHIP, by and through its General Partner, BOULEVARD REALTY SERVICES CORPORATION, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2011–5043.

United States Court of Appeals, Federal Circuit.

July 28, 2011.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Paul McGINNIS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2011–3168.

United States Court of Appeals, Federal Circuit.

July 28, 2011.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Pamela K. PIAZZA, Petitioner,

v.

DEPARTMENT OF the AIR FORCE, Respondent.

No. 2011–3164.

United States Court of Appeals, Federal Circuit.

July 28, 2011.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Rufus HARRIS, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 2011–3160.

United States Court of Appeals,
Federal Circuit.

July 28, 2011.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**David M. PECARD, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE,
Respondent.**

No. 2011–3151.

United States Court of Appeals,
Federal Circuit.

July 28, 2011.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

